# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand and sixteen.

Before:       Richard C. Wesley,
                    *Circuit Judge*

_____

Catskill Mountainkeeper, Inc., Clean Air Council, Delaware-Otsego Audubon Society, Inc., Riverkeeper, Inc., Sierra Club,

    Petitioners,

        v.

Federal Energy Regulatory Commission,

    Respondent,

Constitution Pipeline Company, LLC., Iroquois Gas Transmission System, L.P.,

    Intervenors.
_____

**ORDER**

Docket No.   16-345 (L)
                    16-361 (Con)

    The parties jointly move for so-ordering of the proposed briefing schedule, to file a deferred appendix, an extension of time in which to file the deferred appendix, and to file oversized briefs.

    IT IS HEREBY ORDERED that the motion is GRANTED. Petitioners shall file their page-proof briefs on or before May 13, 2016. Respondent shall file its page-proof brief of up to and including 21,000 words on or before July 12, 2016. The intervenors shall file their page-proof brief on or before July 12, 2016. Intervenor Constitution Pipeline Company, LLC may file a brief of up to and including 18,000 words. Petitioners shall file their page-proof reply briefs of up to and including 10,000 words on or before July 26, 2016 and the deferred joint appendix on or before August 8, 2016. All parties shall file finalized briefs with appendix cites on or before August 15, 2016.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

